

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2014

No. 04-14-00152-CV

**LIGHTNING OIL CO.,**
Appellant

v.

**ANADARKO E&P ONSHORE LLC F/K/A ANADARKO E&P CO. LP,**
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 14-01-12171-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

## O R D E R

Appellee's motion for leave to file supplement to brief is hereby GRANTED.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2014.

Keith E. Hottle
Clerk of Court